UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: July 10, 2016

UNITED STATES OF AMERICA ) Magistrate's Case No. 16-1522MJ
    Plaintiff, )
     ) COMPLAINT FOR VIOLATION OF
    Vs. ) 21 U.S.C. §§ 841 and 846
     ) Conspiracy to Possess a Controlled
Sergio GARCIDUENAS-Morales, ) Substance with Intent to
    YOB: 1991 ) Distribute
    U.S. Citizen ) Counts One and Two
    Defendant One )

Damiana BARBOZA-Lozano
    YOB: 1994
    Lawful Resident Alien
    Defendant Two

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

Beginning on or before July 10, 2016, within the District of Arizona and elsewhere, Defendants Sergio GARCIDUENAS-Morales and Damiana BARBOZA-Lozano, did knowingly and intentionally combine, confederate, conspire and agree together and with each other and with diverse other persons known or unknown to commit the following offenses against the United States: possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C) and Section 846.

## COUNT TWO

Beginning on or before July 10, 2016, within the District of Arizona and elsewhere, Defendants Sergio GARCIDUENAS-Morales and Damiana BARBOZA-Lozano, did knowingly and intentionally combine, confederate, conspire and agree together and with each other and with diverse other persons known or unknown to commit the following offenses against the United States: possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C) and Section 846.

And the Complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Louis Uhl

_____
Task Force Officer Yadira Bobadilla
Homeland Security Investigations

Sworn to before me and subscribed in my presence, July 11, 2016 at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

Vs.

Sergio GARCIDUENAS-Morales and Damiana BARBOZA-Lozano

**STATEMENT OF FACTS**

I, Task Force Officer Yadira Bobadilla, Homeland Security Investigations (HSI), being duly sworn, declare the following:

On Sunday, July 10, 2016, the defendants, Sergio GARCIDUENAS-Morales and Damiana BARBOZA-Lozano presented themselves and their vehicle at the fixed United States Border Patrol (USBP) immigration checkpoint at Mile Marker 17 in the eastbound lanes of Interstate 8, between Yuma and Wellton, Arizona, within the District of Arizona. GARCIDUENAS, a United States citizen and the registered owner of the vehicle, was the driver of the vehicle and BARBOZA, a resident alien, was in the vehicle's front passenger seat. The vehicle and both occupants were sent to the secondary area for further inspection, to determine BARBOSA's immigration status.

At the secondary area, a canine sweep of the vehicle produced a positive alert for the presence of narcotics. A subsequent search of the vehicle yielded the discovery of non-factory compartments in both of the vehicle's rocker panels. Inside of the rocker panels, a total of 24 packages were discovered by agents. Random field tests produced positive results for methamphetamine in ten of the packages, for a

total of 7.28 kilograms and positive results for cocaine in 14 of the packages, for a total of 15.94 kilograms.

In separate post-*Miranda* interviews, both defendants admitted to knowing that they were smuggling narcotics, and admitted to doing so in the past, together, as well.

_____
Yadira Bobadilla
Homeland Security Investigations

Sworn to before me and subscribed in my presence, July 11, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

## Probable Cause Statement

I, Task Force Officer Yadira Bobadilla, Homeland Security Investigations, being duly sworn, declare the following:

On Sunday, July 10, 2016, the defendants, Sergio GARCIDUENAS-Morales and Damiana BARBOZA-Lozano presented themselves and their vehicle at the fixed United States Border Patrol (USBP) immigration checkpoint at Mile Marker 17 in the eastbound lanes of Interstate 8, between Yuma and Wellton, Arizona, within the District of Arizona. GARCIDUENAS, a United States citizen and the registered owner of the vehicle, was the driver of the vehicle and BARBOSA, a resident alien, was in the vehicle's front passenger seat. The vehicle and both occupants were sent to the secondary area for further inspection, to determine BARBOZA's immigration status.

At the secondary area, a canine sweep of the vehicle produced a positive alert for the presence of narcotics. A subsequent search of the vehicle yielded the discovery of non-factory compartments in both of the vehicle's rocker panels. Inside of the rocker panels, a total of 24 packages were discovered by agents. Random field tests produced positive results for methamphetamine in ten of the packages, for a total of 7.28 kilograms and positive results for cocaine in 14 of the packages, for a total of 15.94 kilograms.

In separate post-Miranda interviews, both defendants admitted to knowing that they were smuggling narcotics, and admitted to doing so in the past, together, as well.

Based on the foregoing, there is probable cause to believe that GARCIDUENAS and BARBOZA committed the offenses as alleged in the Complaint.

Executed on: July 10, 2016
Time: 2050

Signed: _____
Yadira Bobadilla
Task Force Officer DHS/ICE

## Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of __2__ page(s), I find probable cause to believe that the defendant(s) named therein committed the offence on the date __7-10-2016__ in violation of Title 21, United States Code Sections 841(a) and 952, 960, 963.

Finding Made on: Date __7/10/2016__
Time __2145 hrs__

Signed: _____
James F. Metcalf
United States Magistrate Judge